IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00588-MSK-MEH

STOCKART.COM, LLC,

    Plaintiff,

v.

JONATHAN ENGLE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2010.**

    Plaintiff's Motion for Leave to Conduct Limited Discovery [filed April 1, 2010; docket #9] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 26(d), a movant must demonstrate good cause for a request for expedited discovery. *See Qwest Commc'n Int'l, Inc. v. Worldquest Networks, Inc.*, 213 F.R.D. 418, 419 (D. Colo. 2003); *see also Arista Records, LLC v. Does 1-15*, 2007 WL 5254326, *3 (S. D. Ohio May 17, 2007) (unpublished) (good cause existed for expedited discovery on the *identities* of defendants for purposes of service of process where claim was for copyright infringement and the third party had sole and exclusive knowledge regarding the defendants' identities).