IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00588-MSK-MEH

STOCKART.COM, LLC,

    Plaintiff,

v.

JONATHAN ENGLE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2010.**

    Plaintiff's renewed Motion for Leave to Conduct Limited Discovery [filed April 7, 2010; docket #12] is **granted in part and denied without prejudice in part**. For good cause shown, the Plaintiff may serve the attached subpoena to obtain Defendant's location for purposes of service of process. *See* Fed. R. Civ. P. 26(d); *see also Qwest Commc'n Int'l, Inc. v. Worldquest Networks, Inc.*, 213 F.R.D. 418, 419 (D. Colo. 2003) (a movant must demonstrate good cause for a request for expedited discovery); *Arista Records, LLC v. Does 1-15*, 2007 WL 5254326, *3 (S. D. Ohio May 17, 2007) (unpublished) (good cause existed for expedited discovery on the identities of defendants for purposes of service of process where claim was for copyright infringement and the third party had sole and exclusive knowledge regarding the defendants' identities). However, the Plaintiff did not attach a proposed subpoena for seeking discovery from a third party (Defendant's father) and, in that respect, the Court will deny without prejudice Plaintiff's request.