IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.   10-cv-00588-MSK-MEH                              Date:   January 5, 2011
Courtroom Deputy: Cathy Coomes                                      **FTR – Courtroom C203**

STOCKART.COM LLC,                                                   James Lorin Silverberg

     Plaintiff,

vs.

JONATHAN ENGLE, d/b/a Relvant Studio,                               (No appearance)

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING – Plaintiff's Motion for Entry of Default Judgment (Doc. #29, filed 9/28/10)**

**Court in session:**      10:35 a.m.

Court calls case.  Appearance of counsel.  Also present: Richard Askew.

10:37 a.m.      Opening statements by Mr. Silverberg.

10:42 a.m.      Richard Askew is sworn, examined, and questioned by the Court.
                Witness identifies Exhibits A, B, C-2, C-1, C-3, C-4, G, and E.
                Exhibits C-1 through C-7, and E through H are admitted.

12:25 p.m.      Closing arguments by Mr. Silverberg.

Mr. Silverberg is directed to file a substitute copy of Exhibit C-3, send a copy of same to the Court by regular mail, and file a supplement to his affidavit of attorney's fees and costs on or before **January 13, 2011.**

The Court takes Plaintiff's Motion for Entry of Default Judgment (Doc. #29, filed 9/28/10) under advisement.

**Court in recess:**      12:37 p.m.   (Hearing concluded)
**Total time in court:**   2:02