IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00588-MSK-MEH

STOCKART.COM, LLC,

    Plaintiff,

v.

JONATHAN ENGLE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2011.**

    Plaintiff's Motion to Modify Recommendation on Motion for Default Judgment [filed March 1, 2011; docket #59] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1C ("motion ... shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion"). To the extent the Plaintiff wishes to file an objection to my February 18, 2011 Report and Recommendation ("R&R"), it shall follow the instructions provided in footnote 1 of the R&R.