IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STOCKART.COM, LLC,                  :
                                    :
    Plaintiff,                      :
v.                                  :    Civil Action No.: 10-cv-00588-MSK-MEH
                                    :
JONATHAN ENGLE,                     :
                                    :
    Defendant.                      :

OBJECTIONS TO RECOMMENDATION
ON MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff, pursuant to Rule 72, Federal Rules of Civil Procedure, and seeks the Court's approval of the Recommendation On Motion For Default Judgment [Document 58] with an objection in the very limited terms as follows:

1. At Page 3, Paragraph 15, the Court's Recommendation includes the following words: "….by sending a check from Relevant Studio for the $350.00 registration fee."

2. Although the Court's jurisdictional finding is correct, and is supported by the entire record absent the above reference, the above finding, in and of itself, is inaccurate.

3. Mr. Engle registered to do business with Stockart, as indicated in the finding, but there was no, and he did not pay a, $350.00 registration fee. Mr. Engle separately paid Stockart a license fee of $395.00 for use of one of Stockart's works without a license, as is correctly stated at Page 5, Paragraph 22 of the Recommendation on Motion for Default Judgment.

4. Plaintiff therefore seeks approval of the Recommendation on Motion for Default Judgment, but without reliance on the referenced finding, to the extent that the

1

jurisdictional ruling may in any way rely upon the above referenced finding, which is merely a surplus fact that is not necessary for the jurisdictional ruling under the cases properly relied upon by the Court.

5. Pursuant to Rule 72(b)(2), Federal Rules of Civil Procedure, Plaintiff further requests that the Court relieve Plaintiff from having to transcribe the record. Because the correctness of the Court's Recommendation on Motion for Default Judgment does not ultimately turn on the presence or absence of the referenced finding in the record, and because it is ultimately immaterial to the correctness of the Court's ruling, Plaintiff is requesting that it be relieved of any obligation to transcribe the record.

Wherefore Plaintiff requests that the Recommendation be approved, but that the approval of the Recommendation be without regard to the presence or absence of the factual finding above referenced, and Plaintiff requests such other further relief as to the Court seems just and proper.

<u>s/James Lorin Silverberg</u>
James Lorin Silverberg

The Intellectual Property Group, PLLC
10401 Stevenson Road
Stevenson, MD 21153
410-205-7560 tel  410-205-7561 fax
Artlaws@aol.com

2

Certificate of Service

I hereby certify that on this 3rd day of March, 2011, I served a true and complete copy of the foregoing Objections To Recommendations On Motion For Default Judgment, first class mail, postage prepaid, upon defendant Jonathan Engle, 1400 Main Street, Suite C, Los Lunas, New Mexico 87031, and to Jonathan Engle, 05 Jack Court, Belen New Mexico 87002.

s/ James Lorin Silverberg

James Lorin Silverberg, Esq.
Attorney for Plaintiff