IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  10-cv-00588-MSK-MEH

STOCKART.COM LLC,

        Plaintiff,

v.

JONATHAN ENGLE,

        Defendants.

## DEFAULT JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 55(b) and 58(a); and the Order entered by the Honorable Marcia S. Krieger, on April 7, 2011, it is

ORDERED that the Magistrate Judge's Report and Recommendation granting plaintiff's Motion for Default Judgment is ADOPTED in its entirety.  It is

FURTHER ORDERED that judgment is entered as follows:

a.    Award plaintiff damages in the amount of $240,000.00 for copyright infringement claims;

b.    Award plaintiff damages in the amount of $340,000 for Stockart's Digital Millennium Copyright Act Claim;

c.    Award plaintiff damages in the amount of $50,000.00 for Stockart's libel claim;

d.    Award plaintiff Stockart's attorney's fees in amount of $39,337.50.

e.    Post judgment interest shall accrue at the weekly average 1-year constant maturity Treasury yield, interest to be computed daily and compounded annually, as

provided in 28 U.S.C. § 1961.

Accordingly, this case is hereby CLOSED.

Dated at Denver, Colorado, this 11th day of April, 2011.

                          FOR THE COURT:

                          Gregory C. Langham, Clerk


                          By:  s/ Edward P. Butler
                                 Edward Butler, Deputy Clerk